UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA D. ROBERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12938** |
| **DARREL VANNOY, WARDEN** | **SECTION "E" (1)** |

## ORDER

Before the Court is a Report and Recommendation[1] issued by Magistrate Judge Janis van Meerveld, recommending Petitioner Joshua D. Roberson's petition for Writ of Habeas Corpus[2] be dismissed with prejudice. Petitioner timely objected to the Magistrate Judge's Report and Recommendation.[3] The Court considered Petitioner's objections and determined them to be without merit. Accordingly, the Court **ADOPTS** the Report and Recommendation as its own and hereby **DENIES** Petitioner's application for relief.

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of September, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 9.
[2] R. Doc. 1.
[3] R. Doc. 10.